UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McDINIS RESTAURANT CORP.,<br><br>             Petitioner,<br><br>v.<br><br>INTERNAL REVENUE SERVICE;<br>THE UNITED STATES OF<br>AMERICA,<br><br>             Respondents. | Case No.:  16cv1159 BTM(DHB)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

On May 13, 2016, Petitioner McDinis Restaurant Corp. filed a motion to proceed in forma pauperis under 28 U.S.C. § 1915.  However, only natural persons may proceed in forma pauperis.  <u>Rowland v. Calif. Men's Colony</u>, 506 U.S. 194, 196 (1993).  Furthermore, corporations can be represented only by a licensed attorney.  <u>In re Bigelow</u>, 179 F.3d 1164, 1165 (9th Cir. 1999).  Civil Local Rule 83.3.j. specifically provides:

> Only natural persons representing their individual interests in propria persona may appear in court without representation by an attorney permitted to practice pursuant to Civil Local Rule 83.3.  All other parties, including corporations, partnerships and other legal entities, may appear in court only through an attorney permitted to practice pursuant to Civil Local Rule 83.3.

1. It does not appear that Petitioner is represented by a licensed attorney.
2. Therefore, the Court **DENIES** Petitioner's motion to proceed in forma pauperis. In addition, the Court will dismiss this case unless Petitioner satisfies the following conditions by **June 3, 2016**: (1) an attorney permitted to practice pursuant to Civil Local Rule 83.3 must enter an appearance for Petitioner; and (2) Petitioner must pay the filing fee.

**IT IS SO ORDERED.**

Dated: May 18, 2016

*[signature]*
Barry Ted Moskowitz, Chief Judge
United States District Court